IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KYLE LEE MELTON,<br><br>    Defendant. | Case No. 3:22-cr-00012-JMK-MMS |

### ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 28. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the Magistrate Judge at which Mr. Melton entered a guilty plea to Count 1 of the Indictment, which is a violation of 18 U.S.C. § 922(g), Felon in Possession of a Firearm, as well as an admission to Criminal Forfeiture Allegation 1.

Judge Scoble issued a Final Report and Recommendation at Docket 32, in which he recommended that the District Court accept the Defendant's plea of guilty to Count 1 of the Indictment and his admission to Criminal Forfeiture Allegation 1. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1 of the Indictment, Felon in Possession of a Firearm, and his admission to Criminal Forfeiture Allegation 1. Defendant is adjudged GUILTY of Count 1.

The Imposition of Sentence hearing in this matter is confirmed for May 5, 2023, at 11:00 a.m. in Anchorage Courtroom 3.

DATED this 15th day of February, 2023, at Anchorage, Alaska.

                                                   */s/ Joshua M. Kindred*
                                                   JOSHUA M. KINDRED
                                                 United States District Judge